UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03697-VAP (SK) | Date | September 1, 2021 |
|---|---|---|---|
| Title | Warren Frank Jr. v. G. Lewis, et al. | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Under the Court's Scheduling Order, the parties' mandatory case status reports were due on Thursday, August 26, 2021. (ECF 79). But as of this order, Plaintiff has filed no timely case status report as ordered. Only Defendants have filed theirs. (ECF 88, 89). The case status report is not an empty document; it is an indispensable tool in assessing how Plaintiff intends to prosecute the case and provides the Court with the necessary information needed to schedule court proceedings aimed at a merits disposition. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992).

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **Friday, October 1, 2021,** why this action should not be dismissed for lack of prosecution and failure to obey court orders. Plaintiff may discharge this order by filing his case status report by the October 1, 2021 deadline. Alternatively, if Plaintiff does not intend to prosecute this action, he may file a notice of voluntary dismissal using the attaching form CV-9. Voluntarily dismissed actions do not count as "strikes" under 28 U.S.C. § 1915(g), which limits the number of civil rights lawsuits that prisoners may file while incarcerated.

**Failure to comply with this court order may result in involuntary dismissal of this action for failure to prosecute and/or failure to obey court orders.** *See* Fed. R. Civ. P 41(b); L.R. 41-1.

**IT IS SO ORDERED.**