JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARREN FRANK, JR.,** | 2:20-cv-3697-VAP-SK |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **v.** | |
| **G. LEWIS, et al.,** | Judge:      The Honorable Steve Kim |
| Defendants. | Action Filed: 4/22/2020 |

Having read and considered the stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Warren Frank, Jr. and Defendants J. Camacho, C. Hyde, and G. Lewis, the stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The entire matter is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

/ / /

/ / /

/ / /

1          2. Each party shall bear its own litigation costs and attorney's fees.

2     **IT IS SO ORDERED**.

3     Dated:   March 30, 2022                    _____

4                                               The Honorable Judge Steve Kim